DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID W. ROBERTS** and **ROYAL PALM PROPERTIES, LLC,**
Appellants,

v.

**CHRISTIE'S GREAT ESTATES, INC.,** n/k/a Christie's International
Real Estate, Inc., a Florida Corporation, **RICK S. FELBERBAUM,**
individually, and **FELBERBAUM & ASSOCIATES, P.A.,** a Florida
professional association,
Appellees.

No. 4D17-1416

[June 14, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 50-2009-CA-040545-XXXX-MB.

Robert J. Hauser of Pankauski Hauser PLLC, West Palm Beach, for appellants.

Alan B. Rose, Gregory S. Weiss, and L. Louis Mrachek of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for appellee Christie's Great Estates, Inc., n/k/a Christie's International Real Estate, Inc.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and FAHNESTOCK, FABIENNE, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***